UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERAY LAURY, et al.

    Plaintiffs,

v.

SPIRIT AIRLINES, INC.,

    Defendant.

Case No. 25-cv-10916

Honorable Robert J. White

**ORDER DISMISSING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF No. 5) WITH LEAVE TO RE-FILE**

Plaintiffs Sheray Laury and Cher Holland sued Defendant Spirit Airlines, Inc. (Spirit) for race discrimination under state law. (ECF No. 1). Spirit moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 5). Several months later, Spirit filed a notice of suggestion of bankruptcy and automatic stay of proceedings (the Automatic Stay) on the docket. (ECF No. 6). Given that the Automatic Stay stays all actions against Spirit pending the bankruptcy proceedings, (*id.* at p. 2), the Court will dismiss Spirit's motion to dismiss as moot with leave to re-file once the Automatic Stay is lifted. Spirit must promptly notify the Court once the Automatic Stay is lifted.

\* \* \*

For the reasons given, the Court **ORDERS** that the motion to dismiss (ECF No. 5) is **DENIED AS MOOT**. The Court gives Spirit leave to re-file its motion to dismiss once the Automatic Stay is lifted.

The Court **FURTHER ORDERS** that Spirit must promptly notify the Court once the Automatic Stay is lifted.

Dated: January 6, 2026

                                                s/Robert J. White
                                                Robert J. White
                                                United States District Judge